## IN THE UNITED STATES DISTRICT COURT
## FOR THE NOTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JOANNA CASTLE** | * | Case No. 3:17CV01628 |
| Plaintiff, | * | Judge James G. Carr |
| vs. | * | **STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE** |
| **CHOICE PROPERTIES, INC.** | * | |
| and | * | Francis J. Landry   (0006072) **WASSERMAN, BRYAN, LANDRY & HONOLD, LLP** |
| **TRION SOLUTIONS II, INC.** | * | 1090 West South Boundary, Suite 500 Perrysburg, Ohio  43551 |
| Defendants | * | Telephone:  (419) 243-1239 |
| | * | Facsimile:  (419) 243-2719 Email: FLandry308@aol.com Attorney for Plaintiff |

* * * * * * * * *

Now come the parties to this action, by and through their respective counsel, and stipulate that the within cause may be dismissed as to both parties Defendant in its entirety with prejudice with the provision that each party bear their own costs and attorneys fees.  Based on the above stipulation and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed with prejudice as to both parties Defendant in its entirety. It is **FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear her/its own costs and attorneys fees.

   IT IS SO ORDERED.

                                                                       /s/ James G. Carr
                                                                       SR. United States District Judge

:

IT IS SO STIPULATED:


s/Francis J. Landry
Francis J. Landry
Wasserman, Bryan, Landry & Honold, LLP
Attorney for Plaintiff


s/William V. Beach *
William V.Beach
Robison, Curphey & O'Connel
Attorney for Defendants
Choice Properties, Inc. and
Trion Solutions II, Inc.
*consent per email 2-14-2018